# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*RECEIVED & FILED 1999 SEP 16 AM 8:52 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.*

Sandra Portalatin
_____
Plaintiff(s)

vs.                    Civil No. 98-1336 (SEC)

Carmen Feliciano de Melecio
_____
Defendant(s)

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 9/10/99   DOCKET: 65   TITLE: Motion Requesting Extension of Discovery Deadline

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[✓] Defendant(s)

DISPOSITION:

[✓] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

| ADDITIONAL COMMENTS: |
|---|

No further extensions of time will be granted, but upon a showing of good cause.

15 SEP 99
_____
DATE

/s/ SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

