IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN,

Plaintiff

v.                                              CIVIL 98-1336 (SEC)

CARMEN FELICIANO DE MELECIO,
et al.,

Defendants

## CASE MANAGEMENT/SETTLEMENT CONFERENCE REPORT

At today's conference, plaintiff was represented by Víctor P. Miranda Corrada and Roberto Busó Aboy, Esqs., defendants by María Judith Surillo and Luis A. Defilló Rosas, Esqs.

Parties are experiencing no discovery problems. Discovery will be completed as scheduled. An issue may arise when plaintiff notices the deposition of co-defendant Honorable Carmen Feliciano de Melecio. Settlement discussions will be more appropriate after discovery is completed. The case has no settlement possibility at present. Parties do not consent to the magistrate at this time. A motion to extend the deadline for filing dispositive motions will be filed.



AO 72
(Rev 8/82)

CIVIL 98-1336 (SEC)                              2

Docket No. 69, "Motion to Request Rescheduling of Case Management and Settlement Conference," is denied.

In San Juan, Puerto Rico, this 5th day of October, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)