UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN
   Plaintiff

      v.                 Civil No. 98-1336(SEC)

CARMEN FELICIANO DE MELECIO, et al.
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 66**<br>Defendant's "Motion Requesting Extension of Discovery Deadline" | **MOOT.** |
| **Docket #70**<br>Puerto Nuevo Security Guard, Inc.'s "Motion for Extension of Time to File Dispositive Motions" | **GRANTED.** However, as in our previous order regarding an extension of the discovery period (**Docket # 68**), the parties are advised that no further extensions of time for filing dispositive motions will be granted, except for good cause shown. |

DATE: October    , 1999

                                             SALVADOR E. CASELLAS
                                             United States District Judge



4