UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN
    Plaintiff
        v.                     Civil No. 98-1336(SEC)
CARMEN FELICIANO DE MELECIO, et al.
    Defendants



## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 72** Co-defendants Feliciano de Melecio, Rivera and De Jesús' "Motion for Extension of Time to File Dispositive Motions and the Pre-Trial Report" | **Moot**, as per Docket # 74 below. |
| **Docket # 74** Co-defendants Feliciano de Melecio, Rivera and De Jesús' "Motion for Extension of Discovery Deadline" | **Granted**. Discovery shall conclude by December 17, 1999; motions for summary judgment must be filed by January 3, 2000. |
| **Docket # 75** Co-defendant Puerto Nuevo Security Guard, Inc.'s "Notice to the Court" | **Noted**. Co-defendant shall file the certified translated exhibits by December 17, 1999. |
| **Docket # 77** Plaintiff's "Motion Requesting Extension of Time to File Opposition to Motion for Summary Judgment . . ." | **Granted**. However, plaintiff shall inform the Court **within five (5) days** of the entry date of this order when is she expected to receive the transcript of Ms. Cepeda's deposition testimony, so that the Court may set a deadline for the filing of plaintiff's opposition. |

DATE: December 7TH, 1999

SALVADOR E. CASELLAS
United States District Judge



