UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN
    Plaintiff

v.

CARMEN FELICIANO DE MELECIO, et al.
    Defendants

Civil No. 98-1336(SEC)

# ORDER

| MOTION | RULING |
|---|---|
| **Docket # 80**<br>"Motion for Extension of Discovery Deadline" | Granted. |
| **Docket # 81**<br>"Motion in Compliance with Order" | Noted. |

DATE: December 23, 1999

SALVADOR E. CASELLAS
United States District Judge