UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN
    Plaintiff(s)
        v.                   Civil No. 98-1336(SEC)
CARMEN FELICIANO DE MELECIO, et al.
    Defendant(s)

## ORDER

| MOTION | RULING |
| --- | --- |
| **Docket # 86** Plaintiff's "Motion Requesting an Additional Extension of Time . . . ." | **Granted**. As defendants forwarded plaintiff a copy of Dr. Juan Rivera Bustamante on January 24, 2000, plaintiff shall have until **February 18, 2000**, to oppose co-defendant Puerto Nuevo Security Guard, Inc.'s motion for summary judgment. |
| **Docket # 83** Co-defendants Feliciano de Melecio, Rivera and de Jesús's "Motion for Extension of Time to File Motion for Summary Judgment and the Pre-Trial Report" | **Granted**. Co-defendants shall have until March 31, 2000, for filing motions for summary judgment. The pretrial report is due April 17, 2000. |
| **Docket # 82** Plaintiff's "Informative Motion and Request for Order" | Moot, as per Docket # 87. |

DATE: February //, 2000

SALVADOR E. CASELLAS
United States District Judge


