UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN
   Plaintiff(s)

v.                Civil No. 98-1336(SEC)

CARMEN FELICIANO DE MELECIO, et al.
   Defendant(s)

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 89**<br>Plaintiff's "Motion Requesting an Extension of Time" | Moot. |
| **Docket # 92**<br>Puerto Nuevo Security Guard, Inc.'s "Motion Requesting Leave to Reply" | **Granted.** Defendant shall file its reply no later than **May 15, 2000.** |
| **Docket # 93**<br>Defendants Feliciano de Melecio, Rivera and De Jesús' "Motion for Extension of Time and Continuance of Pre-Trial Filing Date" | **Granted.** |
| **Docket # 95**<br>Defendants Feliciano de Melecio, Rivera and De Jesús' "Motion to Supplement Motion for Summary Judgment" | Noted. |
| **Docket # 96**<br>Defendants Feliciano de Melecio, Rivera and De Jesús' "Motion Pursuant to Local Rule 108" | **Granted.** |

DATE: April 25, 2000

SALVADOR E. CASELLAS
United States District Judge