IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN
_____
Plaintiff(s)

v.

Civil No. 98-1336 (SEC)

CARMEN FELICIANO DE MELECIO, et al.
_____
Defendant(s)

## DESCRIPTION OF MOTION

DATE FILED: 5/3/00    DOCKET #: 98    TITLE: Motion Requesting An Extension of Time

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)    [ ] Joint

DISPOSITION:

[✓] GRANTED    [ ] DENIED

[ ] NOTED    [ ] MOOT

## COMMENTS

Until May 31, 2000. No further extensions of time will be granted. If plaintiff fails to file her opposition by May 31, 2000, the Court will rule upon defendants' motion for summary judgment as unopposed.

May 8, 2000
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

