UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN
Plaintiff

v.                              Civil No. 98-1336(SEC)

CARMEN FELICIANO
DE MELECIO, et al.
Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| Docket # 103<br>"Motion to File a Reply" | Granted. |

DATE: June 21/ST, 2000

SALVADOR E. CASELLAS
United States District Judge