UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                                  DATE: JUNE 6, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            CIVIL CASE NO. 98-1336 (JAG)

===================================================================
SANDARA PORTALATIN                        Attorneys:

      VS

CARMEN FELICIANO DE MELECIO

---

At the request of attorney for defendant, motion #109, a settlement conference in the above-mentioned case is hereby set for TUESDAY, JULY 3, 2001 AT 4:00 PM.

Parties to be notified.

 

                                               _____
                                            Lily Alicea-Courtroom Deputy


