UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                DATE: JULY 3, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            CASE NO. 98-1336 (JAG)

===============================================================

SANDRA PORTALATIN                    Attorneys: ROBERTO BUSO ABOY
                                     VICTOR MIRANDA CORRADA

        VS

CARMEN FELICIANO ET ALS              MARIA JUDITH SURILLO
                                     LUIS DEFILLO ROSAS

===============================================================

Case called for settlement conference. Parties are engaged in settlement negotiations and request an additional extension of time to try to reach a settlement. Court grants the parties until July 13, 2001 to inform the outcome of the settlement negotiations.

Parties to be notified.

                                    _____
                                    Lily Alicea-Courtroom Deputy

