UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN

   **Plaintiff(s)**

v.                  CIVIL NUMBER:   98-1336 (JAG)

CARMEN FELICIANO DE MELECIO,
et al

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/19/01<br>**Title:** Motion to File Under Seal<br>**Docket(s):** 112<br>[ ] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | The motion under seal is **granted**. The document to which the motion refers shall remain under seal until further order of the Court. |

**Date:** July 20, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



