UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN

   Plaintiff(s)

v.                                           CIVIL NUMBER:   98-1336 (JAG)

CARMEN FELICIANO DE MELECIO,
et al

   Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/19/01<br>**Title:** Motion Under Seal<br>**Docket(s):** 113<br>[ ] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | The Confidential Settlement Agreement, Mutual Release and Stipulation for Dismissal is approved by the Court. A separate judgment shall be entered accordingly. |

**Date:** July 20, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


