IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN

**Plaintiff(s)**

v.

CARMEN FELICIANO DE MELECIO, et al         **CIVIL NO.** 98-1336 (JAG)

**Defendant(s)**

## JUDGMENT

Inasmuch as the parties have reached a settlement in this case, which has been filed and shall remain under seal, the Court enters judgment dismissing the complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge