# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN

    **Plaintiff(s)**

    v.                                CIVIL NUMBER:    98-1336 (JAG)

CARMEN FELICIANO DE MELECIO,
et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/07/01<br>**Title:** Motion to File Under Seal and to Withdraw Motion Filed on September 6, 2001<br>**Docket(s):** 118, 117<br>[ ] **Plff(s)**   [ x ] **Dft(s)**   [ ] **Other** | The Motion to File Under Seal and to Withdraw Motion Filed on September 6, 2001 is **granted**. The Motion to File Under Seal (Docket 117) is deemed withdrawn. |

**Date:** September 13, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge