UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN

    **Plaintiff(s)**

    v.                            CIVIL NUMBER:    98-1336 (JAG)

CARMEN FELICIANO DE MELECIO,
et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/07/01<br>**Title:** Motion for Consignment Under Rule 67<br>**Docket(s):** 119<br>[ ] Plff(s)  [ x ] Dft(s)  [ ] Other | The Motion for Consignment Under Rule 67 is granted and shall be kept under seal until further order of the Court. |

Date: September 13, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge