UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA PORTALATIN

    **Plaintiff(s)**

    v.                                CIVIL NUMBER: 98-1336 (JAG)

CARMEN FELICIANO DE MELECIO,
et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/12/01<br>**Title:** Motion for Withdrawal of Funds<br>**Docket(s):** 120<br>[ x ] Plff(s)   [ ] Dft(s)   [ ] Other | GRANTED. The Clerk shall issue a check in favor of Sandra Portalatín, Roberto Buso-Aboy, Esq. And Víctor Miranda-Corrada, Esq. in the amount consigned by defendants plus any accrued interest. |

Date: September 27, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge